# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Wayne Kernochan

APR 15 2025 PM2:20
FILED-USDC-CT-HARTFORD

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. _____

v.                                      (To be supplied by the Court)

Michael Rothwell

Ballen Studios

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. __Wayne Kernochan_____ is a citizen of __Connecticut_____ who
        (Plaintiff)                                      (State)
presently resides at 12 Oak Avenue Extension #2. Torrington, Ct. 06790 _____.
                    (mailing address)

2. Defendant __Michael Rothwell_____ is a citizen of __Washington_____
           (name of first defendant)                              (State)
whose address is 200 Broadway  Suite 301. Seattle, Washington  98122-7435 _____.

3.  Defendant _Ballen Studios_____ is a citizen of _Texas_____
                 (name of second defendant)                              (State)

whose address is _4544 S Lamar Blvd.  Bldg.  #200 Bravo #300.  Austin, Texas 78745____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

28 US code 1391 Diversity jurisdiction.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

On February 4th, 2025 Mr. Rothwell answered a  copyright complaint I made to Youtube which removed his client's video, "The Cult in a Boarding School."   My grounds were citation and permission.  His response to Youtube was that the content in question is not from my book and he invoked the three year statute of limitations.

There are two critical points to this argument.

1. The opening of the video chronologically tells the first chapter of my Amazon published memoir, "A Life Gone Awry: My Story of the Elan School." My name is used to open and is used seven times. There is a link to the book in the pastebin and there are two quotes from the book.  The cover photo is used.  There is a special thanks to Wayne Kernochan in the credits.  The story is undeniably mine.

2. The statute of limitations is a non issue because my copyright was violated again when Mr. Rothwell lied three times under oath to the Youtube Legal Department. The five year criminal statute is in effect,  therefore,  because the infringement had been remedied by my takedown and was reoffended entirely upon perjured testimony,  this is a new violation with Mr. Rothwell and his client Ballen Studios as the defendants.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:**  Plagiarism Citation and Reference _____

Title 17 USC 506 infringement

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Mr. Ryan Cantu originally created "The Cult in a Boarding School" in 2021, before working for Ballen Studios. Mr. Cantu is not a named party to this because he is now an employee of Ballen Studios. They assumed liability for his work when they hired him and had Mr. Rothwell reverse my takedown.

The most important part of an artist's work is to get the audience's attention and my story was used to do that. There were tens of millions of people on Youtube, Instagram, Reddit, Twitter and Facebook viewing my story and they all had no idea there is a book about it. "The Last Stop," is credited in the video, as well as NBC and 60 Minutes, but no visible or verbal mention of my book.

I was not allowed to respond to Mr. Rothwell's notice to Youtube. They told me to take it to federal court whereupon they will make a final ruling based on this one. No rational person could watch the offending video after reading the first chapter of my book and say it's not the same. Mr. Rothwell questioned my competency, but competency does not muddy the truth. Lies do.

**Claim II:**  Right of publicity _____

Privacy rights

_____

Legal Compliance

_____

Supporting Facts:

3

Right of publicity would have garnered a lot of sales. I was represented by Jason Anthony of LMQ LIT. He made Men in Black and Spiderman with Barry Sonnenfeld and wanted to do a miniseries of my book, "Black Dark." I've been represented three times by agents. I have a follow-up  book on Amazon called, "The Game: A Return to the Elan School." So given the popularity of the video, I was cheated terribly of possible sales.

I also have the right to say no. I suffered much stalking and harassment when my book came out by ex program employees, including the man who abused me at Elan. I had to stop all social networking because of him. It was careless and dangerous to not consider the potential injury they could cause me or my loved ones. I opted out of the Elan School movie, "The Last Stop," because of him.

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

I seek the maximum damages. $30,000, plus $150,000 statutory damages. A low estimate over the three years the video was up on that many sites would be 10,000 lost sales. $50,000 is a safe number. I could argue 50,000 lost sales effectively because I worked on that opening for months. It is compelling. It makes you want to read on.

I seek statutory damages for perjury, and Legal Malpractice in this case. Mr. Rothwell and Ballen Studios responded to my copyright claim and I would like to respond to theirs. The US District Court is a grueling process for old and disabled people. Content thieves count on our lack of ability and access to justice even after they are caught. Michael Rothwell and Ballen Studios flaunted that advantage when they put the video back up.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes          No  no

_____
Original signature of attorney (if any)

_____
Printed Name


_____
Plaintiff's Original Signature

WAYNE  KERNOCHAN
Printed Name


(  )
Attorney's full address and telephone

Email address if available


(413) 769-4927
Plaintiff's full address and telephone
12 OAK AVENUE EXTENSION #2
TORRINGTON, CT. 06790
Email address if available
WAYNEKernochak @GMAI.COM


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Torrington, ct___ on ___04/11/2025___.
                        (location)                          (date)


_____
Plaintiff's Original Signature


(Rev.3/29/16)

5

Wayne Kernochan- vs -Michael Rothwell and Ballen Studios



## ( D.  CAUSE OF ACTION. )

Below are the four numbered points Mr. Rothwell makes regarding my copyright claim.  My comments are in captions, in bold text.  Pages 2 through 8 are his full response,  pages 9 through 17 are screenshots will show my book cover being used and my name being used seven times.

Mr. Rothwell's full response is capricious and littered with lies,  manipulations of the truth and misrepresentation of the law.  Especially Discovery.  He brings up my religion disparagingly by twisting something I said and questions my competency as evidence against me.  Both HIPPA and Civil Rights violations.

I told Mr. Rothwell I am a NYC Jew and know lots of lawyers and people in the publishing industry,  and he needed to consult a copyright attorney because what he was saying was not true. Citation belongs in the video because transfer negates the citation.  The sources link did not follow when the video was shared.

\*

*"Mr. Kernochan alleges that the video infringed upon his copyright by using material from his book, A Life Gone Awry, and benefitted commercially. He makes this claim despite the fact that:*

*1) The book was not shown or mentioned during the entire video.*

( **This is the only true statement of the four and evidence of plagiarism**.)

*2) No passages from the book were read and no pictures were shown.*

( **The cover photo is used in the video. Given to me by Mark Babitz**. )

*3) Nothing in the book was quoted.*

( **He goes on to argue that two quotes were not from the book. But not convincingly.**)

*4) Mr. Kerrochan's first name only was used just twice. He was never mentioned again after about one minute of run time."*

( **My full name is used at 34 seconds. My first name at 1.19, 1.51, 2.41, 5.22 and 8.41. My full name is in the credits at, 50.34**. )

*Wayne Kernochan- vs-Michael Rothwell and Ballen Studios*

*( D. CAUSE OF ACTION )*


*February 4, 2025*


*YouTube Legal Support & Copyright Enforcement*
*YouTube, LLC*
*901 Cherry Ave.*
*San Bruno, CA 94066*


*Subject: Formal Request to Reinstate Video Under Fair Use – DMCA Counter-Notification*


*Video: The Cult in a Boarding School*
*https://youtu.be/7eM7pb5M5DU*


*To Whom It May Concern:*


*I am a licensed attorney and a legal representative of digital creator Nexpo (@Nexpo on your platform). I am writing to request the reinstatement of a video from his channel, @Nexpo, called "The Cult in a Boarding School" (https://youtu.be/7eM7pb5M5DU) his original work regarding the Elan School and related subject matter. This letter also serves as a formal response to Mr. Wayne Kernochan's ("Claimant") assertions. I firmly believe that the content in question was scarcely used if at all for the purposes of a copyright analysis, nevermind used in an infringing manner. Therefore it was a mistake or mislabel per your vernacular.*


*Even viewing all the facts in a light more favorable to the Claimant, the video is still an original, transformative work protected under the Fair Use doctrine (17 U.S.C. § 107) and does not even remotely infringe upon Mr. Kernochan's rights or violate YouTube's Terms of Service.*


*I. Summary of Events*


*Via @Nexpo, on a September 3, 2021, published an original and highly stylized video discussing the Elan School, its history, and a multitude of experiences and sources related to it.*


*The video was named 'The Cult in a Boarding School" and it was extensively sourced with a link to all sources found on the 9th line of description (i.e. not buried):*

*Wayne Kernochan- vs -Michael Rothwell and Ballen Studios*

## *( D. CAUSE OF ACTION. )*

*Mr. Kernochan alleges that the video infringed upon his copyright by using material from his book, A Life Gone Awry, and benefitted commercially. He makes this claim despite the fact that:*

*1) The book was not shown or mentioned during the entire video.*

*2) No passages from the book were read and no pictures were shown.*

*3) Nothing in the book was quoted.*

*4) Mr. Kerrochan's first name only was used just twice. He was never mentioned again after about one minute of run time.*

*To add some clarification to two quotes that appear on the screen at 1:27 that perhaps could be the source of the mistake, those are my interpretations of what was likely said based on the totality of my research and the public statements on record by Mr. Kernochan and others who sadly were victimized by this boarding school. They are not taken from Mr. Kernochan's book.*

*Further, we have been contacted by Mr. Kernochan through my Ballen Studios email. His emails were slightly bizarre and strangely emphasize that he is a "New York Jew" who has "friends in the industry" and later insists there will felony charges coming. At first he demanded six-figures in damages but now it appears he wants help for a veteran friend. Based on all this I must say respectfully that something else must be going on here with Mr. Kernochan because he also claims in the email his book was never credited. This is false. If he simply clicked the sources link in the description he'd see his book on line 10.*

*Based on these claims, YouTube unfortunately removed the video, presumably in response to a DMCA takedown notice.*

*I respectfully submit that the video should be reinstated because Mr. Kernochan's complaints do not at all reflect the video's content or usage, and the material used clearly falls well within the boundaries of fair use principles.*

*II. Fair Use Analysis*

*Under 17 U.S.C. § 107, Fair Use is determined by considering four factors:*

*1. Purpose and Character of the Use:*

 *The video is transformative, providing new insights and understanding into the controversial practices at the Elan School. It serves an educational purpose, adding new expression and*

*Wayne Kernochan- vs -Michael Rothwell and Ballen Studios*

## ( D. CAUSE OF ACTION. )

*meaning that is distinctly different from merely reporting the facts presented in Mr. Kernochan's book.*

*The use is non-commercial, aimed at educating and informing the public rather than promoting a commercial product or service.*

*2. Nature of the Copyrighted Work:*

*Mr. Kernochan's book, while copyrighted, is a factual recounting of historical events which are not capable of being owned by any one person. The nature of the work supports the use of such material for substantive discussions in public media.*

*3. Amount and Substantiality of the Portion Used:*

*The video did not use any substantial portion of Mr. Kernochan's copyrighted work. As noted, no direct excerpts, images, or substantial elements of the book were utilized in any form.*

*4. Effect of the Use on the Potential Market:*

*The video does not replace the book nor serves as a substitute. In fact, it likely acts as a complementary piece that could drive viewers to seek out Mr. Kernochan's book for a deeper understanding, potentially increasing his market rather than diminishing it.*

*Given these factors, the content used in the video aligns closely with the principles of fair use, primarily serving an educational and transformative purpose without undermining the commercial value of the original work.*

*III. Request for Reinstatement*

*Given the aforementioned points and the detailed analysis of the fair use doctrine, it is clear that the video "The Cult in a Boarding School" falls well within the legal use of copyrighted material for educational purposes. The removal of the video based on Mr. Kernochan's claims appears to be a misinterpretation of both the nature of the copyrighted content and the context in which it was used.*

*Therefore, we respectfully request that YouTube:*
*1. Review the content and context of the video in detail.*

*Wayne Kernochan- vs -Michael Rothwell and Ballen Studios*

*( D. CAUSE OF ACTION. )*

*2. Reinstate the video to the @Nexpo channel promptly.*

*3. Remove any strikes or penalties that may have been applied to the channel as a result of this takedown.*

*III. Conclusion*

*It is our belief that reinstating the video will not only correct an erroneous action taken based on an incorrect interpretation of copyright law but also reaffirm YouTube's commitment to supporting creators who enrich public discourse with educational content. We appreciate your attention to this matter and look forward to your positive response.*

*Should you require further information or wish to discuss this matter in more detail, please do not hesitate to contact me directly.*

*Thank you for considering this appeal.*

*We consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.*

*I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.*

*SIGNED by,*
*Michael Rothwell*
*Attorney*
*On 2/4/2025 in Seattle, Washington*
*See EXHIBITA.*

*VIII. Request for Reinstatement*

*In light of the above information, we respectfully request that YouTube:*

*1. Review the full content of Mr. Nexpo's 52-minute video in the context of Fair Use.*

*Wayne Kernochan- vs -Michael Rothwell and Ballen Studios*

### ( D. CAUSE OF ACTION. )

*2. Reinstate the video, as it clearly does not infringe upon Mr. Kernochan's or any third party's copyrights.*

*3. Correct any strike or penalty on Nexpo's channel in relation to this erroneous takedown.*

*IX. Conclusion*

*Mr. Kernochan's accusations are vague, lack any detailed copyright claims, and do not align with the fair use analysis for transformative, factual, or documentary content. Given that only factual, publicly available information regarding the Elan School was presented, and no direct quotations or images from A Life Gone Awry were used, it is evident that the original video fully complies with both the letter and spirit of YouTube's Terms of Service and the DMCA fair use provisions.*

*Further, there are no cognizable claims still within any statute of limitations–the video is over 40 months old.*

*We thank YouTube for its attention to this matter and for its commitment to balancing creators' rights with Fair Use. We look forward to a prompt resolution and the reinstatement of Nexpo's video.*

*Should you require any additional information or clarification, please do not hesitate to contact me at Michael@BallenStudios.com*
*701.580.6404*
*614 N DUPONT HWY SUITE 210*
*Dover, DE 19901*

*Sincerely,*

*MICHAEL ROTHWELL*
*Of Counsel for Ballen Studios*

*EXHIBIT A*

*Statute of Limitations and Its Application to This Case*

*Wayne Kernochan- vs -Michael Rothwell and Ballen Studios*

*( D. CAUSE OF ACTION. )*

*Given YouTube would still eschew publishing infringing material irrespective of the SoL, but also given its dispositive omnipotence, we include the relevant, brief analysis demonstrating Nexpo very likely would face no legal exposure here even if, and it's an enormous IF, Nexpo could ever have been liable for any aforementioned claim.*

*The statute of limitations for copyright infringement under U.S. law is governed by 17 U.S.C. § 507(b), which specifies that a lawsuit must be initiated within three years of the date the alleged infringement occurred or was discovered.*

*In this case:*

*1. Timeframe of the Alleged Infringement:*

*Nexpo's video discussing the Élan School was published over three years ago, as corroborated by public records and discussions on social media platforms.*

*This video has been widely available since its publication, and Mr. Kernochan had ample opportunity to view, assess, and act on it within the statutory three-year window.*

*2. Discovery Rule:*

*Mr. Kernochan may argue the discovery rule, which allows the statute of limitations to begin when the alleged infringement was discovered, rather than when it occurred.*

*However, this argument is unlikely to hold substantial weight. The video achieved public notoriety, with millions of views over the years, making it difficult to claim that he only recently discovered its existence.*

*A reasonable standard would expect Mr. Kernochan to have been aware of the video shortly after its release, particularly given his interest in the topic and his active role in the discourse surrounding the Élan School. A reasonable standard would also presume clearly and succinctly elucidated claims given this late hour, not vaguely threatening conjecture.*

*3. No Ongoing Infringement:*

*For the purposes of copyright law, the publication of a video is a single act of infringement. The*

*Wayne Kernochan- vs -Michael Rothwell and Ballen Studios*

*( D. CAUSE OF ACTION. )*

*revenue generated by ads or merchandise tied to the video does not constitute a "continuing" infringement but rather a consequence of the original act.*

*Therefore, the three-year statute of limitations applies strictly from the date the video was first published, not from any subsequent revenue activity.*

*4. Application to DMCA Takedown:*

*The DMCA provides a mechanism for copyright holders to request the removal of content they believe infringes on their work. However, the underlying statute of limitations for pursuing legal action remains relevant.*

*If Mr. Kernochan were to file a lawsuit based on his copyright claim, it is likely that it would be dismissed for being time-barred, given the video's publication date.*

*5. Conclusion*

*The statute of limitations for copyright infringement in this case has clearly expired. While the DMCA takedown mechanism does not impose the same procedural deadline, the underlying legal claim cannot be pursued in court due to the time that has elapsed. Given the facts—that the video was published over three years ago, has been publicly available during that time, and Mr. Kernochan provides no evidence of recent discovery—the copyright claim is both untimely and lacks legal standing.*

*As such, YouTube's removal of the video on these grounds is unwarranted, and it should be reinstated immediately.*

 **YouTube**  Search



Wayne Kernochan was stuck at home

0:36 / 52:39 • A New Life >  CC

### The Cult in a Boarding School



Nexpo ✓
3.64M subscribers    Join    Subscribe    👍 337K    👎    ↪ Share    ⋯

9M views  3 years ago





"WAYNE IS A PERFECT CANDIDATE FOR THE ELAN PROGRAM."

The man on the phone says that
Wayne should come right away



1:20 / 52:39 · A New Life >

## The Cult in a Boarding School

Nexpo ✓
3.64M subscribers    Join    Subscribe

337K    👎    ↗ Share    ⋯

9M views  3 years ago





And so Wayne packed up
his stuff that night.

1:50 / 52:39 · A New Life >

## The Cult in a Boarding School



Nexpo ✓
3.64M subscribers

Join    Subscribe

👍 337K    👎    ↗ Share    ⋯



Search



It was at this moment when
Wayne began to question whether

2:40 / 52:39 · A New Life >

## The Cult in a Boarding School



Nexpo ✓
3.64M subscribers

Join    Subscribe

👍 337K    👎    ➦ Share    ···

1 3



Search



Numerous alumni, much like Wayne,

▶I  ◀)  5:22 / 52:39  •  The Birth of a Lie  ＞    ⏺  CC  ⚙  ▣  ▭  ⌗

## The Cult in a Boarding School



Nexpo ✓
3.64M subscribers    Join    Subscribe    👍 337K  👎    ↗ Share  •••

9M views  3 years ago





I'd like to let it be known
that Wayne's Elan admission

8:40 / 52:39 · The Birth of a Lie

## The Cult in a Boarding School

Nexpo ✓
3.64M subscribers

Join    Subscribe

👍 337K    👎    ↗ Share    ⋯

9M views  3 years ago

15







## The Cult in a Boarding School

Nexpo ✓
3.64M subscribers

Join   Subscribe

👍 337K   👎   ↗ Share   ...

9M views  3 years ago

15

16



16





**The Cult in a Boarding School**



Nexpo ✓
3.64M subscribers

Join    Subscribe

👍 337K    👎    ↗ Share    ⋯

9M views  3 years ago